IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1761-AP

KATHERINE ZAMORA,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Paul Radosevich, Esq.
1621 York Street
Denver, Colorado  80206
(303) 377-1300
(303) 377-2012 (Facsimile)
Presq@worldnet.att.net

<u>For Defendant</u>:
Michele M. Kelley
Special Assistant United States Attorney
*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-0812
(303) 844-0770 (Facsimile)
Michele.kelley@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A.** **Date Complaint Was Filed:** September 12, 2005

    **B.** **Date Complaint Was Served on U.S. Attorney's Office:** September 13, 2005

    **C.** **Date Answer and Administrative Record Were Filed:** November 14, 2005

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Both parties state that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit any additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Both parties state that this case involves no unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

Neither party has any other matters to bring to the Court's attention.

## 8. PROPOSED BRIEFING SCHEDULE

    **A.** **Plaintiff's Opening Brief Due:** January 16, 2006

    **B.** **Defendant's Response Brief Due:** February 24, 2006

    **C.**    **Plaintiff's Reply Brief (If Any) Due:** March 14, 2006

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    **A.**    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 5th day of December, 2005.

                                                                                   BY THE COURT:

                                                                                  S/John L. Kane
                                                                                   U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Paul Radosevich<br>Paul Radosevich, Esq.<br>1621 York Street<br>Denver, Colorado  80206<br>Telephone: (303) 377-1300<br>Facsimile: (303)377-2012<br>presq@worldnet.att.net<br><br>Attorney for Plaintiff | WILLAM J. LEONE<br>United States Attorney<br><br>s/ Kurt J. Bohn<br>KURT J. BOHN<br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado  80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>s/ Michele M. Kelley<br>By: Michele M. Kelley<br>Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-0812<br>Facsimile: (303) 844-0770<br>michele.kelley@ssa.gov<br><br>Attorneys for Defendant |