IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01761-WDM

KATHERINE ZAMORA,

    Plaintiff,

v.

JOANNE B. BARNHART,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's Petition for Fees (doc. 22) is stricken for failure to comply with D.C.COLO.LCivR 10.1E.

Dated:  December 5, 2006

                                              s/ Jane Trexler, Secretary/Deputy Clerk